UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:08-CV-1411 (CEJ) |
| MEMC ELECTRONIC MATERIALS, INC., and NABEEL GAREEB, | ) ) ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| DONALD JAMESON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:08-CV-1570 (TCM) |
| MEMC ELECTRONIC MATERIALS, INC., and NABEEL GAREEB, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the parties' joint motion to amend the preliminary schedule [Doc. #34] is **granted.**

**IT IS FURTHER ORDERED** that the following amended schedule shall apply:

1. Lead plaintiff shall file a consolidated amended complaint no later than **February 23, 2009.**

2. Defendants shall file answers or other responsive pleadings no later than **April 10, 2009.**

3. In the event that defendants file a motion to dismiss, lead plaintiff shall file an opposition no later than **May 29,**

**2009**; defendants' reply shall be filed no later than **June 24, 2009.**

**IT IS FURTHER ORDERED** that neither the motion to dismiss nor the opposition shall exceed 30 pages; the reply shall not exceed 20 pages.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2009.